**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| MICROLINC, L.L.C., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:07-CV-488 (TJW) |
| INTEL CORPORATION, ET AL, | § § | JURY DEMAND |
| Defendants. | § § § | |

**JOINT RESPONSIVE SUBMISSION REGARDING JOINT MOTION TO RESOLVE
DISPUTES AND ENTER A PROTECTIVE ORDER**

The parties hereby submit a revised proposed Protective Order for the Court to consider in connection with the parties' Joint Motion To Resolve Disputes and Enter A Protective Order. The proposed order reflects the parties' current positions as stated in their April 2, 2010 filings, and it continues to highlight the terms that remain in dispute in side-by-side format at paragraph 31 (source code production) and paragraph 33 (prosecution bar). The parties also submit responsive argument to the Court in support of their respective terms.

Plaintiff's responsive argument in support of its proposed protective order terms governing production of source code and the prosecution bar is attached as Appendix A. Defendants' responsive argument in support of its proposed protective order terms governing production of source code and the prosecution bar is attached as Appendix B.

The parties jointly respectfully move the Court to resolve these remaining disputes and enter a Protective Order to govern the treatment of confidential material in this litigation.

Dated:  April 7, 2010						Respectfully submitted,

						/s/ *Elizabeth L. DeRieux with permission by Robert M. Parker*
						S. Calvin Capshaw, III
						State Bar No. 03783900
						Elizabeth L. DeRieux
						State Bar No. 05770585
						CAPSHAW DERIEUX, LLP
						1127 Judson Road, Suite 220
						Longview, Texas  75601
						Telephone: (903) 236-9800
						Facsimile: (903) 236-8787
						E-mail: ccapshaw@capshawlaw.com
						E-mail: ederieux@capshawlaw.com

						Joseph M. Vanek – *admitted pro hac vice*
						IL State Bar No. 6197046
						Thomas A. Vickers – *admitted pro hac vice*
						IL State Bar No. 6226288
						David P. Germaine – *admitted pro hac vice*
						IL State Bar No. 6274984
						Jeffrey R. Moran – *admitted pro hac vice*
						IL State Bar No. 6283573
						VANEK, VICKERS & MASINI, P.C.
						111 S. Wacker Drive, Suite 4050
						Chicago, IL 60606
						Telephone: (312) 224-1500
						Facsimile: (312) 224-1510
						Email: jvanek@vaneklaw.com
						Email: tvickers@vaneklaw.com
						Email: dgermaine@vaneklaw.com
						Email: jmoran@vaneklaw.com

						Eugene M. Cummings
						State Bar No. 556394
						David M. Mundt
						State Bar No. 6243545
						David Lesht – *admitted pro hac vice*
						State Bar No. 6180985
						Martin Goering – *admitted pro hac vice*
						State Bar No. 6286254
						Konrad V. Sherinian – *admitted pro hac vice*
						State Bar No. 6290749
						Panasarn Aim Jirut

            State Bar No. 6281877
            EUGENE M. CUMMINGS, P.C.
            One North Wacker Drive, Suite 4130
            Chicago, IL 60606
            Telephone: (312) 984-0144
            Facsimile: (312) 984-0146
            Email: ecummings@emcpc.com
            Email: dmundt@emcpc.com
            Email: dlesht@emcpc.com
            Email: mgoering@emcpc.com
            Email: ksherinian@emcpc.com
            Email: ajirut@emcpc.com
            Email: erynne@emcpc.com

            **ATTORNEYS FOR PLAINTIFF**
             **MICROLINC, LLC**

Respectfully submitted,

            /s/  *Robert M. Parker*
            Robert M. Parker
             State Bar No. 15498000
            Robert Christopher Bunt
             State Bar No. 00787165
            Charles Ainsworth
             State Bar No. 00783521
            Andrew Thompson Gorham
             State Bar No. 24012715
            PARKER, BUNT & AINSWORTH, P.C.
            100 East Ferguson, Suite 1114
            Tyler, Texas 75702
            Telephone: (903) 531-3535
            Facsimile: (903) 533-9687
            rmparker@pbatyler.com
            rcbunt@pbatyler.com
            charley@pbatyler.com
            tgorham@pbatyler.com


            /s/  *Mark G. Matuschak with permission by Robert M. Parker*
            Mark G. Matuschak
            Richard Goldenberg
            WILMER CUTLER PICKERING
             HALE AND DORR LLP
            60 State Street

Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
mark.matuschak@wilmerhale.com
richard.goldenberg@wilmerhale.com

Todd C. Zubler
District of Columbia Bar No. 459216
Amanda L. Major
David R. Smith
WILMER CUTLER PICKERING
   HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
todd.zubler@wilmerhale.com
amanda.major@wilmerhale.com
david.smith@wilmerhale.com

Michael E. Jones
   State Bar No. 10929400
Allen Franklin Gardner
   State Bar No. 24043679
POTTER MINTON, P.C.
110 N. College, 500 Plaza Tower
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

Eric H. Findlay
   State Bar No. 00789886
Findlay Craft, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com

Harry L. Gillam, Jr.
   State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue

Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANT
INTEL CORPORATION**


/s/ *John Fedock with permission by Robert M. Parker*
Willem G. Schuurman
bschuurman@velaw.com
Christopher Ryan
cryan@velaw.com
Juliet Dirba
jdirba@velaw.com
John Fedock
jfedock@velaw.com
VINSON & ELKINS
2801 Via Fortuna, Suite 100
Austin, TX 78746

Deron R. Dacus
Texas Bar No. 00790553
derond@rameyflock.com
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, TX 75702
Telephone: (903) 597-3301
Fascimile: (903) 597-2413

**ATTORNEYS FOR DEFENDANT
ADVANCED MICRO DEVICES, INC.**



/s/ *Robert S. Hill with permission by Robert M. Parker*
Thomas R. Jackson, Esq.
Attorney-in-Charge
  State Bar No. 10496700
trjackson@jonesday.com
Daniel T. Conrad, Esq.
  State Bar No. 24026608
dtconrad@jonesday.com

Robert S. Hill, Esq.
  State Bar No. 24050764
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

Richard Ulmont Campbell
rcampbell@jonesday.com
JONES DAY
1420 Peachtree Street
Suite 800
Atlanta , GA 30309-3053
Telephone:  (404) 581-8052
Facsimile:  (404) 581-8330

**ATTORNEYS FOR DEFENDANT
DELL INC.**


/s/  *Eric Huang with permission by Robert M. Parker*
Melvin R. Wilcox, III
  State Bar No. 21454800
mrw@yw-lawfirm.com
YARBROUGH & WILCOX PLLC
100 E. Ferguson Street
Tyler, Texas 75702
Telephone: 903.595.1133
Facsimile: 903.595.0191

Kevin P.B. Johnson (admitted pro hac vice)
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Eric Huang (admitted pro hac vice)
erichuang@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP

51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

**ATTORNEYS FOR DEFENDANT
SONY COMPUTER ENTERTAINMENT
AMERICA, INC.**


/s/  *Elizabeth A. Howard with permission by
Robert M. Parker*
Elizabeth A. Howard
ehoward@orrick.com
Kai Tseng
ktseng@orrick.com
Helen Li
hli@orric.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Trey Yarbrough
(see above for address)

**ATTORNEYS FOR DEFENDANT ACER,
INC., ACER AMERICA CORPORATION.
and GATEWAY, INC.**


/s/  *Pavan K. Agarwal with permission by Robert
M. Parker*
Guy N. Harrison
  State Bar No. 00000077
Harrison Law Firm
217 N. Center Street
Longview, Texas 75606
Telephone: (903) 758-7361
Facsimilar: (903) 753-9557
guy@gnhlaw.com and
cj-gnharrison@att.net

Pavan K. Agarwal, DC Bar No. 459614
pagarwal@foley.com
Matthew A. Smith, DC Bar No. 498460
msmith@foley.com
FOLEY & LARDNER LLP
3000 K Street NW
Suite 600
Washington , DC 20007-5143
Telephone:  (202) 945-5300
Facsimile:  (202) 672-5399

**ATTORNEYS FOR DEFENDANT TOSHIBA AMERICA INFORMATION SYSTEMS, INC. and TOSHIBA CORPORATION**


/s/  *Lucas Elliot with permission by Robert M. Parker*
James A. Glenn
Texas Bar No. 24032357
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 890-5178
Facsimile: (713) 890-5001
jglenn@morganlewis.com

Lucas Elliot
   Texas Bar No. 06534150
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4200
Houston, Texas 77002
Telephone: (713) 890-5185
Facsimile: (713) 890-5001
lelliot@morganlewis.com

David J. Levy
   Texas Bar No. 12264850
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4200
Houston, Texas 77002
Telephone: (713) 890-5170
Facsimile: (713) 890-5001
dlevy@morganlewis.com

Thomas R. Davis
  Texas Bar No. 24055384
MORGAN, LEWIS & BOCKIUS LLP
1717 Main St., Suite 3200
Dallas, TX 75201-7347
Telephone: (214) 466-4000
Facsimile:  (214) 466-4001
tdavis@morganlewis.com

Gary M. Gex
Admitted *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-7589
Facsimile: (650) 843-4001

**ATTORNEYS FOR
DEFENDANT HEWLETT-PACKARD
COMPANY**

/s/  *Lowell D. Mead with permission by Robert M. Parker*
Timothy S.Teter
  CA State Bar No. 171451
teterts@cooley.com
Lowell D. Mead
  CA State Bar No. 223989
lmead@cooley.com
COOLEY GODWARD KRONISH LLP
101 California Ave., 5th Floor
San Francisco, CA 94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

Matthew J. Brigham
  CA State Bar No. 191428
mbrigham@cooley.com
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 843-5000

Facsimile: (650) 857-0663

Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
(903) 757 – 8449 (office)
(903) 758 – 7397 (fax)
ema@emafirm.com
www.emafirm.com

**ATTORNEYS FOR DEFENDANT APPLE, INC.**

/s/  *Russell B. Hill with permission by Robert M. Parker*
Trey Yarbrough
  State Bar No. 22133500
Yarbrough & Wilcox, PLLC
100 E. Ferguson, Ste. 1015
Tyler, Texas 75702
Telephone: (903) 595-0191
Facsimile: (903) 595-0101
E-mail: trey@yw-lawfirm.com

Russell B. Hill
rhill@sheppardmullin.com
Sheppard, Mullin, Richter & Hampton LLP
650 Town Center Drive
Fourth Floor
Costa Mesa, CA 92626
Telephone:  (714) 513-5100
Facsimile: (714) 513-5130

**ATTORNEYS FOR DEFENDANT LENOVO (UNITED STATES) INC.**

**CERTIFICATE OF SERVICE**

    I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 7th day of April, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                               /s/ *Robert M. Parker*
                               Robert M. Parker