IN THE UNITED STATES DISTRICT CORUT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MICROLINC, LLC | § § | |
| v. | § § | CIVIL ACTION NO. 2:07-cv-488[TJW] |
| INTEL CORPORATION, et al. | § | JURY TRIAL DEMANDED |

**DEFENDANTS' UNOPPOSED MOTION TO AMEND THE COURT'S AMENDED DOCKET CONTROL ORDER**

Defendants[1] hereby request that the Court amend its January 4, 2010 Amended Docket Control Order [Dkt. #227] by extending the time period for all parties to submit their Joint Claim Construction and Pre-hearing Statement pursuant to PR 4-3 from May 7, 2010 to June 7, 2010. This extension will not affect any of the Court's other deadlines relating to claim construction.

Plaintiff is unopposed to this extension request.

Dated: May 7, 2010                    /s/ Michael E. Jones

                                                         Robert M. Parker
                                                           State Bar No. 15498000
                                                         Robert Christopher Bunt
                                                             State Bar No. 00787165
                                                        Charles Ainsworth
                                                             State Bar No. 00783521
                                                        Andrew Thompson Gorham
                                                           State Bar No. 24012715
                                                       PARKER, BUNT & AINSWORTH, P.C.
                                                       100 East Ferguson, Suite 1114
                                                       Tyler, Texas 75702
                                                       Telephone: (903) 531-3535
                                                       Facsimile: (903) 533-9687
                                                       rmparker@pbatyler.com
                                                       rcbunt@pbatyler.com
                                                       charley@pbatyler.com
                                                       tgorham@pbatyler.com

---

[1] This submission is made on behalf of defendants Intel Corporation; Acer, Inc.; Acer America Corporation; Advanced Micro Devices, Inc.; Dell Inc.; Apple, Inc., Gateway, Inc.; Hewlett-Packard Company; Lenovo Group Ltd; Lenovo (United States), Inc.; Sony Computer Entertainment America, Inc.; Toshiba Corporation; and Toshiba America Information Systems, Inc.

Mark G. Matuschak
Richard Goldenberg
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
mark.matuschak@wilmerhale.com
richard.goldenberg@wilmerhale.com

Todd C. Zubler
  District of Columbia Bar No. 459216
David R. Smith
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
todd.zubler@wilmerhale.com
david.smith@wilmerhale.com

Michael E. Jones
  State Bar No. 10929400
POTTER MINTON, P.C.
110 N. College, 500 Plaza Tower
Tyler, TX 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
mikejones@potterminton.com

Eric H. Findlay
  State Bar No. 00789886
Findlay Craft, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
903/534-1100
903/534-1137 FAX
efindlay@findlaycraft.com

Harry L. Gillam, Jr.
  State Bar No. 07921800
GILLAM & SMITH, L.L.P.
303 South Washington Avenue

Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
gil@gillamsmithlaw.com

**ATTORNEYS FOR DEFENDANT
INTEL CORPORATION**

*/s/ Willem G. Schuurman, with permission by Michael E. Jones*
Willem G. Schuurman
bschuurman@velaw.com
Christopher Ryan
cryan@velaw.com
Juliet Dirba
jdirba@velaw.com
John Fedock
jfedock@velaw.com
VINSON & ELKINS
2801 Via Fortuna, Suite 100
Austin, TX 78746

**ATTORNEYS FOR DEFENDANT
ADVANCED MICRO DEVICES, INC.**


*/s/ Thomas R. Jackson, with permission by Michael E. Jones*
Thomas R. Jackson, Esq.
Attorney-in-Charge
    State Bar No. 10496700
trjackson@jonesday.com
Daniel T. Conrad, Esq.
    State Bar No. 24026608
dtconrad@jonesday.com
Robert S. Hill, Esq.
    State Bar No. 24050764
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201-1515
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

Richard Ulmont Campbell
rcampbell@jonesday.com
JONES DAY

1420 Peachtree Street
Suite 800
Atlanta , GA 30309-3053
Telephone:  (404) 581-8052
Facsimile:  (404) 581-8330

**ATTORNEYS FOR DEFENDANT
DELL INC.**


*/s/ Trey Yarbrough, with permission by
Michael E. Jones*
Trey Yarbrough
   State Bar No. 22133500
YARBROUGH & WILCOX, PLLC
100 E. Ferguson at., Ste. 1015
Tyler, Texas 75702
Tel. (903) 595-0191
Fax: (903) 595-0101
E-mail: trey@yw-lawfirm.com

Russell B. Hill
rhill@sheppardmullin.com
Mark Blake
mblake@sheppardmullin.com
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Tel: 714-513-5100
Fax: 714-513-5130

**ATTORNEYS FOR DEFENDANT
LENOVO GROUP LTD AND
LENOVO (UNITED STATES) INC.**


*/s/ Melvin R. Wilcox, III, with permission
by Michael E. Jones*
Melvin R. Wilcox, III
   State Bar No. 21454800
mrw@yw-lawfirm.com
YARBROUGH & WILCOX PLLC
100 E. Ferguson Street
Tyler, Texas 75702
Telephone: 903.595.1133

Facsimile: 903.595.0191

Kevin P.B. Johnson (admitted pro hac vice)
kevinjohnson@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Eric Huang (admitted pro hac vice)
erichuang@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

**ATTORNEYS FOR DEFENDANT SONY COMPUTER ENTERTAINMENT AMERICA, INC.**


*/s/Elizabeth A. Howard, with permission by Michael E. Jones*
Elizabeth A. Howard
ehoward@orrick.com
Kai Tseng
ktseng@orrick.com
Helen Li
hli@orric.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Trey Yarbrough
  State Bar No. 22133500
YARBROUGH & WILCOX, PLLC

{A07\7395\0010\W0429503.1 }

100 E. Ferguson at., Ste. 1015
Tyler, Texas 75702
Tel. (903) 595-0191
Fax: (903) 595-0101
E-mail: trey@yw-lawfirm.com

**ATTORNEYS FOR DEFENDANT ACER,INC., ACER AMERICA CORPORATION. and GATEWAY, INC.**

*/s/ Guy N. Harrison, with permission by Michael E. Jones*
Guy N. Harrison
  State Bar No. 00000077
Harrison Law Firm
217 N. Center Street
Longview, Texas 75606
Telephone: (903) 758-7361
Facsimilar: (903) 753-9557
guy@gnhlaw.com and
cj-gnharrison@att.net

Pavan K. Agarwal, DC Bar No. 459614
pagarwal@foley.com
Matthew A. Smith, DC Bar No. 498460
msmith@foley.com
FOLEY & LARDNER LLP
3000 K Street NW
Suite 600
Washington , DC 20007-5143
Telephone:  (202) 945-5300
Facsimile:  (202) 672-5399

**ATTORNEYS FOR DEFENDANT TOSHIBA AMERICA INFORMATION SYSTEMS, INC. and TOSHIBA CORPORATION**

*/s/ James A. Glenn, with permission by Michael E. Jones*
James A. Glenn
 Texas Bar No. 24032357
MORGAN, LEWIS & BOCKIUS LLP

1000 Louisiana, Suite 4000
Houston, Texas 77002
Telephone: (713) 890-5178
Facsimile: (713) 890-5001
jglenn@morganlewis.com

Lucas Elliot
  Texas Bar No. 06534150
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4200
Houston, Texas 77002
Telephone: (713) 890-5185
Facsimile: (713) 890-5001
lelliot@morganlewis.com

David J. Levy
  Texas Bar No. 12264850
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana, Suite 4200
Houston, Texas 77002
Telephone: (713) 890-5170
Facsimile: (713) 890-5001
dlevy@morganlewis.com

Thomas R. Davis
  Texas Bar No. 24055384
MORGAN, LEWIS & BOCKIUS LLP
1717 Main St., Suite 3200
Dallas, TX 75201-7347
Telephone: (214) 466-4000
Facsimile:  (214) 466-4001
tdavis@morganlewis.com

Gary M. Gex
Admitted *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
El Camino Real, Suite 700
Palo Alto, CA 94306
Telephone: (650) 843-7589
Facsimile: (650) 843-4001

**ATTORNEYS FOR DEFENDANT HEWLETT-PACKARD COMPANY**

*/s/ Timothy S. Teter, with permission by*
*Michael E. Jones*
Timothy S.Teter
  CA State Bar No. 171451
teterts@cooley.com
Lowell D. Mead
  CA State Bar No. 223989
lmead@cooley.com
COOLEY GODWARD KRONISH LLP
101 California Ave., 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Matthew J. Brigham
  CA State Bar No. 191428
mbrigham@cooley.com
COOLEY GODWARD KRONISH LLP
3000 El Camino Real
Five Palo Alto Square
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Eric M. Albritton
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
(903) 757 – 8449 (office)
(903) 758 – 7397 (fax)
ema@emafirm.com
www.emafirm.com

**ATTORNEYS FOR DEFENDANT APPLE, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 7, 2010. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Michael E. Jones*
