# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MICROLINC, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORP., et al.,<br><br>    Defendants. | Civil Action No. 2:07-CV-488-TJW<br><br>**JURY DEMAND** |

## STIPULATION REGARDING STAY OF LITIGATION

Microlinc, LLC hereby files this stipulation in reference to the Memorandum Opinion and Order issued by this Court on September 20, 2010 (Dkt. No. 374) ("Order"). In its Order the Court stated that "since Microlinc's amendments are minor, if Microlinc were to stipulate that it would not assert any of the twenty-five new claims against Defendants, then the Court would allow the case to proceed." Having considered this Court's Order, Microlinc hereby stipulates that it will not assert claims 29-53 currently pending in Reexamination Proceeding 90/009,376, filed by Intel Corp., against any accused products of any Defendant in this case.

Dated: September 27, 2010

Respectfully submitted,

/s/ Elizabeth L. DeRieux
S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
CAPSHAW DERIEUX, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601

Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com

Joseph M. Vanek – *admitted pro hac vice*
IL State Bar No. 6197046
Thomas A. Vickers – *admitted pro hac vice*
IL State Bar No. 6226288
David P. Germaine – *admitted pro hac vice*
IL State Bar No. 6274984
Jeffrey R. Moran – *admitted pro hac vice*
IL State Bar No. 6283573
VANEK, VICKERS & MASINI, P.C.
111 S. Wacker Drive, Suite 4050
Chicago, IL 60606
Telephone: (312) 224-1500
Facsimile: (312) 224-1510
Email: jvanek@vaneklaw.com
Email: tvickers@vaneklaw.com
Email: dgermaine@vaneklaw.com
Email: jmoran@vaneklaw.com

Eugene M. Cummings
State Bar No. 556394
David M. Mundt
State Bar No. 6243545
David Lesht – *admitted pro hac vice*
State Bar No. 6180985
Martin Goering – *admitted pro hac vice*
State Bar No. 6286254
Konrad V. Sherinian – *admitted pro hac vice*
State Bar No. 6290749
Panasarn Aim Jirut
State Bar No. 6281877
EUGENE M. CUMMINGS, P.C.
One North Wacker Drive, Suite 4130
Chicago, IL 60606
Telephone: (312) 984-0144
Facsimile: (312) 984-0146
Email: ecummings@emcpc.com
Email: dmundt@emcpc.com
Email: dlesht@emcpc.com
Email: mgoering@emcpc.com
Email: ksherinian@emcpc.com
Email: ajirut@emcpc.com

Email: erynne@emcpc.com

ATTORNEYS FOR PLAINTIFF
MICROLINC, LLC

**CERTIFICATE OF SERVICE**

    I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 27th day of September, 2010, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

    /s/ Elizabeth L. DeRieux
    Elizabeth L. DeRieux