# United States District Court

### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **MICROLINC, LLC** | § | |
| | § | |
| **v.** | § | **Case No. 2:07-cv-488** |
| | § | |
| **INTEL CORP., et al.** | § | |

### ORDER TO PAY FEES AND EXPENSES OF TECHNICAL ADVISOR

Previously, the Court appointed Scott Woloson as technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The Court has received a bill representing services rendered and expenses incurred through May 30, 2013. Upon review, the Court finds the total amount charged, $38,115.87 to be appropriate and **ORDERS** Plaintiff to pay one half, $19,057.94 and Defendants, collectively, to pay one half, $19,057.93.

Payment should be made by June 30, 2013, to Law Office of Scott Woloson, P.C., 1431 Wirt Road #141, Houston, Texas 77055. Plaintiff shall be responsible for the collection of payment from all parties and shall provide Mr. Woloson a single payment.

**It is SO ORDERED.**

**SIGNED this 31st day of May, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE