## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| MICROLINC, L.L.C., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:07-cv-00488 (MHS) |
| INTEL CORPORATION, ET AL. | § § | JURY DEMAND |
| Defendants. | § § § | |

## NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS

TO ALL PARTIES AND COUNSEL OF RECORD PLEASE TAKE NOTICE:

Kevin C. Jones, counsel for Defendants Acer Inc., Acer America Corporation, and Gateway, Inc., is no longer affiliated with Freitas Tseng & Kaufman LLP. All pleadings, notices, correspondence and other documents should be addressed to him as follows:

> Kevin C. Jones
> TechKnowledge Law Group LLP
> 1521 Diamond Street
> San Francisco, CA
> Tel: (650) 867-7776
> Email: kjones@techknowledgelaw.com

1

Dated: June 14, 2013               Respectfully submitted,

                                   TECHKNOWLEDGE LAW GROUP LLP


                                   /s/ *Kevin C. Jones*
                                   Kevin C. Jones
                                   TECHKNOWLEDGE LAW GROUP LLP
                                   1521 Diamond Street
                                   San Francisco, CA  9413
                                   Tel: (650) 867-7776
                                   *kjones@techknowledgelaw.com*

                                   Trey Yarbrough
                                   YARBROUGH WILCOX PLLC 100 E.
                                   Ferguson Street, Suite 1015
                                   Tyler, TX 75702
                                   Tel: (903) 595-3111
                                   *trey@yw-lawfirm.com*

                                   Attorneys for Defendants
                                   ACER INC. ACER AMERICA CORPORATION
                                   AND GATEWAY, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of **NOTICE OF CHANGE OF FIRM AFFILIATION AND CHANGE OF ADDRESS** were served upon counsel of record for the parties on this the 14th day of June, 2013 via electronic means.

*/s/ Kevin C. Jones*
