# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| MICROLINC, L.L.C.,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, ET AL.,<br><br>    Defendants. | Civil Action No. 2:07-CV-488-MHS<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S DAMAGES DISCLOSURE

Pursuant to the Seventh Amended Scheduling and Discovery Order [Dkt. 513] ("Scheduling Order"), Plaintiff Microlinc, L.L.C. hereby makes the following damages disclosure:

Microlinc seeks money damages adequate to compensate it for Defendants' infringement. Microlinc intends to calculate those damages on the basis of a reasonable royalty on all products that infringe the patent-in-suit. Microlinc further intends to seek an award of enhanced damages and reasonable attorney fees.

At this time, Microlinc is unable to calculate the actual damages it has suffered by virtue of Defendants' infringement. Defendants have yet to provide Microlinc with sufficient discovery regarding damages. Defendants have represented that all damages-related documents will be produced by the June 17, 2013 deadline.

Furthermore, the Parties have recently filed a Joint Motion to Amend the Scheduling Order [Dkt. 528] which requested certain deadline extensions with regard to damages disclosures and the Parties' respective damages reports.

Microlinc will provide a detailed computation of damages after damages-related discovery is made available by Defendants and after such information has been evaluated by Microlinc's experts. Microlinc will supplement its response to this disclosure no later than the applicable deadline for its expert reports.

Dated:  June 17, 2013	Respectfully Submitted,

By:  /s/ Martin Goering

Joseph M. Vanek – *admitted pro hac vice*
IL State Bar No. 6197046
Jeffrey R. Moran – *admitted pro hac vice*
IL State Bar No. 6283573
VANEK, VICKERS & MASINI, P.C.
55 W. Monroe, Suite 3500
Chicago, IL 60603
Telephone: (312) 224-1500
Facsimile: (312) 224-1510
Email: jvanek@vaneklaw.com
Email: tvickers@vaneklaw.com
Email: dgermaine@vaneklaw.com
Email: jmoran@vaneklaw.com

S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Jeff Rambin
State Bar No. 00791478
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas  75647
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

David Lesht – *admitted pro hac vice*
State Bar No. 6180985
Martin Goering – *admitted pro hac vice*
State Bar No. 6286254

EUGENE M. CUMMINGS, P.C.
One North Wacker Drive, Suite 4130
Chicago, IL 60606
Telephone: (312) 984-0144
Facsimile: (312) 984-0146
Email: dlesht@emcpc.com
Email: mgoering@emcpc.com

**ATTORNEYS FOR PLAINTIFF
MICROLINC, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 17th day of June, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

  /s/ *Martin Goering*

2