# United States District Court
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| MICROLINC, LLC | § | |
| | § | |
| v. | § | Case No. 2:07-cv-488 |
| | § | |
| INTEL CORP., et al. | § | |

## ORDER TO MEDIATE

The Court recently issued its claim construction opinion in this case. During the claim construction hearing, the Court advised the parties that they would be expected to conduct an early mediation after the claim construction opinion issued. Accordingly, within thirty (30) days of this order, the parties are ORDERED to mediate this case. Within three (3) business days, the parties shall meet and confer and advise the Court of their agreed mediator. If the parties do not agree on a mediator, the Court will appoint one.

It is SO ORDERED.

SIGNED this 18th day of June, 2013.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE