**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MICROLINC, L.L.C., | § | |
| | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:07-CV-488 (MHS) |
| | § | |
| INTEL CORPORATION, ET AL, | § | JURY DEMAND |
| | § | |
| Defendants. | § | |
| | § | |

## NOTICE OF AGREED MEDIATOR

Pursuant to the Order to Mediate (Dkt. 532), Plaintiff hereby notifies the Court that the

parties agree to the appointment of the Honorable Judge Folsom as the mediator in this case.


Dated: June 21, 2013                           Respectfully Submitted,

                                               /s/ D. Jeffrey Rambin
                                               S. Calvin Capshaw, III
                                               State Bar No. 03783900
                                               Elizabeth L. DeRieux
                                               State Bar No. 05770585
                                               D. Jeffrey Rambin
                                               State Bar No. 00791478
                                               CAPSHAW DERIEUX, LLP
                                               114 E. Commerce Ave.
                                               Gladewater, Texas 75647
                                               Telephone: (903) 236-9800
                                               Facsimile: (903) 236-8787
                                               E-mail: ccapshaw@capshawlaw.com
                                               E-mail: ederieux@capshawlaw.com
                                               E-mail: jrambin@capshawlaw.com

Joseph M. Vanek – *admitted pro hac vice*
IL State Bar No. 6197046
Thomas A. Vickers – *admitted pro hac vice*
IL State Bar No. 6226288
David P. Germaine – *admitted pro hac vice*
IL State Bar No. 6274984
Jeffrey R. Moran – *admitted pro hac vice*
IL State Bar No. 6283573
VANEK, VICKERS & MASINI, P.C.
55 W. Monroe St, Suite 3500
Chicago, IL 60603
Telephone: (312) 224-1500
Facsimile: (312) 224-1510
Email: jvanek@vaneklaw.com
Email: tvickers@vaneklaw.com
Email: dgermaine@vaneklaw.com
Email: jmoran@vaneklaw.com

David Lesht – *admitted pro hac vice*
State Bar No. 6180985
Martin Goering – *admitted pro hac vice*
State Bar No. 6286254
EUGENE M. CUMMINGS, P.C.
One North Wacker Drive, Suite 4130
Chicago, IL 60606
Telephone: (312) 984-0144
Facsimile: (312) 984-0146
Email: dlesht@emcpc.com
Email: mgoering@emcpc.com

ATTORNEYS FOR PLAINTIFF
MICROLINC, L.L.C.

## CERTIFICATE OF CONFERENCE

Many parties have filed a motion to stay.  As between the parties not subject to the stay, I conferred with Eric Huang.  The parties agreed to Judge Folsom.

/s/ D. Jeffrey Rambin

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local rule CV-5(a)(7)(C) on this 21st day of June, 2013. All counsel of record are being served with a copy of this document electronically via CM/ECF pursuant to Local Rule CV-5(a)(7)(C).

/s/  D. Jeffrey Rambin