# United States District Court
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MICROLINC, LLC | § | |
| | § | |
| v. | § | Case No. 2:07-cv-488 |
| | § | |
| INTEL CORP., et al. | § | |

### ORDER SEVERING SONY COMPUTER ENTERTAINMENT AMERICA LLC

Now before the Court is Defendant Sony Computer Entertainment America LLC's Motion to Sever (Doc. No. 485). Defendant Sony Computer Entertainment America LLC (SCEA) argues that it is not properly joined under Federal Rule of Civil Procedure 20 and asks the Court to sever the claims against it into a new action. Plaintiff does not oppose the motion (Doc. No. 492). Accordingly, the request to sever is GRANTED. Any pending motion must be refiled in the newly created cause number to be considered by the Court.

Defendant SCEA also asks the Court to stay the dispositive motion and trial related deadlines until after the conclusion of the trial against the remaining (non-severed) Defendants. But the parties recently notified the Court that all remaining claims have been settled. Accordingly, the motion to stay is DENIED. Finally, the Court notes that all parties jointly filed a motion to amend the schedule (Doc. No. 528). In view of the recent procedural changes in this case, the motion to amend is DENIED WITHOUT PREJUDICE. Plaintiff and Defendant SCEA may reurge their request to amend the schedule under the new cause number.

**It is SO ORDERED.**

**SIGNED this 25th day of June, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE