# United States District Court
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| **MICROLINC, LLC** | § § | |
| **v.** | § § | Case No. 2:07-cv-488 |
| **INTEL CORP., et al.** | § § | |

## ORDER FOR CLOSING DOCUMENTS

On June 21, 2013, the parties notified the Court that they have reached a settlement. It is **ORDERED** that all parties or their counsel shall submit to the Court all papers necessary for the closing of this case and its removal from the active docket of this Court on or before **July 22, 2013.** If such papers are not received by the Court by the scheduled deadline, the Court may order that the case be dismissed or may enter such orders as are just and necessary to ensure proper resolution of this case.

Pursuant to the parties' settlement, all deadlines are abated. Accordingly, the parties' Agreed Motion to Stay Proceedings (Doc. No. 533) is DENIED as moot.

**It is SO ORDERED.**

**SIGNED this 25th day of June, 2013.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE