IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MICROLINC, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, *et al.*,<br><br>               Defendants. | Civil Action No.  2:07-cv-488-MHS |

**AGREED MOTION TO ENTER AND VOLUNTARY STIPULATION OF DISMISSAL**

Plaintiff Microlinc, LLC ("Microlinc") admits that, based on its present understanding of the accused instrumentalities of Defendant Intel Corporation ("Intel"), under the Court's June 7, 2013 Claim Construction Order, Dkt. No. 529, Microlinc will not be able to advance a theory of infringement against Intel. However, Microlinc and Intel have determined that further litigation, including any appeals, would be time consuming, protracted, uncertain, and expensive. Microlinc and Intel have agreed to settle and compromise all their claims and counterclaims between each other in the above-captioned action. Pursuant to its agreement with Intel, Microlinc hereby withdraws all infringement contentions, against any defendant, that are based on Intel processors, chipsets, or other products. Thus, any systems identified in Microlinc's Infringement Contentions as including an Intel processor are no longer accused.

Given the earlier settlement and compromise between Microlinc and AMD, Dkt. Nos. 449 and 460, Microlinc, Intel, Acer Inc., Acer America Corporation, Apple Inc., Dell Inc., Gateway, Inc., Hewlett-Packard Company, Lenovo (United States) Inc., Sony Corporation of America, Sony Electronics, Inc., Toshiba Corporation and Toshiba America Information

Systems, Inc. (collectively "Customer Defendants") agree that the claims and counterclaims of Microlinc, Intel, and the Customer Defendants should be dismissed and the action should be terminated with respect to those defendants.

Therefore, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Microlinc, Intel, and the Customer Defendants hereby stipulate: to dismiss with prejudice Microlinc's claims against Intel, Intel's counterclaims against Microlinc, and Microlinc's claims against the Customer Defendants; to dismiss as moot the Customer Defendants' non-infringement declaratory judgment counterclaims; and to dismiss without prejudice the Customer Defendants' invalidity and unenforceability declaratory judgment counterclaims against Microlinc, and to terminate the action with respect to Intel and the Customer Defendants.  The parties further stipulate that all costs and expenses relating to the foregoing claims and counterclaims, including attorney and expert fees and expenses, must be borne solely by the party incurring same.  The parties further agree not to appeal an order substantially in accordance with the terms of the Proposed Order that accompanies this motion.  Accordingly, Microlinc, Intel and the Customer Defendants hereby respectfully move the court to enter the Proposed Order.

Dated:  July 22, 2013                                                  Respectfully submitted,

By:   */s/ Martin Goering*                               By:   */s/ Robert Christopher Bunt*
     Joseph M. Vanek (*admitted pro hac vice*) IL State Bar No. 6197046
     Jeffrey R. Moran (*admitted pro hac vice*)
     IL State Bar No. 6283573
     VANEK, VICKERS & MASINI, P.C.
     55 W. Monroe, Suite 3500
     Chicago, IL 60603
     Telephone: (312) 224-1500
     Facsimile: (312) 224-1510
     Email: jvanek@vaneklaw.com
     Email: tvickers@vaneklaw.com
     Email: dgermaine@vaneklaw.com

     Michael E. Jones
     State Bar No. 10929400
     POTTER MINTON, P.C.
     110 N. College, 500 Plaza Tower
     Tyler, Texas 75702
     Telephone: (903) 597-8311
     Facsimile: (903) 593-0846
     mikejones@potterminton.com

     Robert M. Parker
     State Bar No. 15498000
     Robert Christopher Bunt

| | |
|---|---|
| Email: jmoran@vaneklaw.com | State Bar No. 00787165 |
| | Charles Ainsworth |
| S. Calvin Capshaw, III | State Bar No. 00783521 |
| State Bar No. 03783900 | Andrew Thompson Gorham |
| Elizabeth L. DeRieux | State Bar No. 24012715 |
| State Bar No. 05770585 | PARKER, BUNT & AINSWORTH, P.C. |
| Jeff Rambin | 100 East Ferguson, Suite 1114 |
| State Bar No. 00791478 | Tyler, Texas 75702 |
| CAPSHAW DERIEUX, LLP | Telephone: (903) 531-3535 |
| 114 E. Commerce Ave. | Facsimile: (903) 533-9687 |
| Gladewater, Texas  75647 | rmparker@pbatyler.com |
| Telephone: (903) 236-9800 | rcbunt@pbatyler.com |
| Facsimile: (903) 236-8787 | charley@pbatyler.com |
| E-mail: ccapshaw@capshawlaw.com | tgorham@pbatyler.com |
| E-mail: ederieux@capshawlaw.com | |
| E-mail: jrambin@capshawlaw.com | Mark G. Matuschak |
| | Richard Goldenberg |
| David Lesht – *admitted pro hac vice* | David R. Smith |
| State Bar No. 6180985 | WILMER CUTLER PICKERING |
| Martin Goering – *admitted pro hac vice* | HALE AND DORR LLP |
| State Bar No. 6286254 | 60 State Street |
| EUGENE M. CUMMINGS, P.C. | Boston, Massachusetts 02109 |
| One North Wacker Drive, Suite 4130 | Telephone: (617) 526-6000 |
| Chicago, IL 60606 | Facsimile: (617) 526-5000 |
| Telephone: (312) 984-0144 | mark.matuschak@wilmerhale.com |
| Facsimile: (312) 984-0146 | richard.goldenberg@wilmerhale.com |
| Email: dlesht@emcpc.com | david.smith@wilmerhale.com |
| Email: mgoering@emcpc.com | |
| | Todd C. Zubler |
| **ATTORNEYS FOR PLAINTIFF** | Amanda L. Major |
| **MICROLINC, LLC** | WILMER CUTLER PICKERING |
| | HALE AND DORR LLP |
| | 1875 Pennsylvania Avenue, N.W. |
| | Washington, D.C. 20006 |
| | Telephone: (202) 663-6000 |
| | Facsimile: (202) 663-6363 |
| | todd.zubler@wilmerhale.com |
| | amanda.major@wilmerhale.com |
| | |
| | Harry L. Gillam, Jr. |
| | State Bar No. 07921800 |
| | GILLAM & SMITH, L.L.P. |
| | 303 South Washington Avenue |
| | Marshall, Texas 75670 |
| | Telephone: (903) 934-8450 |

        Facsimile: (903) 934-9257
        gil@gillamsmithlaw.com

        **ATTORNEYS FOR DEFENDANT INTEL CORPORATION**

By:   */s/ Kevin C. Jones*
        Kai Tseng
        Kevin C. Jones
        FREITAS TSENG & KAUFMAN LLP
        100 Marine Parkway, Suite 200
        Redwood City, CA 94065
        Telephone: (650) 593-6300
        Facsimile: (650) 593-6301

        Trey Yarbrough
        Bar No. 22133500
        trey@yw-lawfirm.com
        Debby E. Gunter
        Bar No. 24012752
        debby@yw-lawfirm.com
        YARBROUGH WILCOX GUNTER, PLLC
        100 E. Ferguson St., Ste. 1015
        Tyler, TX 75702
        Telephone: (903) 595-3111
        Facsimile: (903) 595-0191

        **ATTORNEYS FOR DEFENDANTS ACER INC., ACER AMERICA CORPORATION, AND GATEWAY, INC.**

By:   */s/ Lowell D. Mead*
        Timothy S. Teter
        CA State Bar No. 171451
        teterts@cooley.com
        Lowell D. Mead
        CA State Bar No. 171451
        lmead@cooley.com
        COOLEY LLP
        101 California St., 5th Floor
        San Francisco, CA 94111
        Telephone: (415) 693-2000
        Facsimile: (415) 693-2222

        Matthew J. Brigham
        CA State Bar No. 191428
        mbrigham@cooley.com
        COOLEY LLP
        3000 El Camino Real
        Five Palo Alto Square
        Palo Alto, CA 94306
        Telephone: (650) 843-5000
        Facsimile: (650) 857-0663

        Eric M. Albritton
        Albritton Law Firm
        P.O. Box 2649
        Longview, Texas 75606
        Telephone: (903) 757-8449
        Facsimile: (903) 758-7397
        ema@emafirm.com
        www.emafirm.com

        **ATTORNEYS FOR DEFENDANT APPLE INC.**

By: */s/ Daniel T. Conrad*
        Thomas R. Jackson
        Attorney-in-Charge
        State Bar No. 10496700
        trjackson@jonesday.com
        Daniel T. Conrad
        State Bar No. 24026608
        dtconrad@jonesday.com
        Chijioke E. Offor
        State Bar No. 24065840
        coffor@jonesday.com
        Matthew Hawkins
        State Bar No. 24066779
        mhawkins@jonesday.com
        JONES DAY
        2727 North Harwood Street
        Dallas, Texas 75201-1515
        Telephone: (214) 220-3939
        Facsimile: (214) 969-5100

        Richard Ulmont Campbell
        rcampbell@jonesday.com
        JONES DAY
        1420 Peachtree Street

Suite 800
Atlanta, GA 30309-3053
Telephone: (404) 581-8052
Facsimile: (404) 581-8330

**ATTORNEYS FOR DEFENDANT DELL INC.**

By: */s/ David J. Levy*
David J. Levy, Lead Attorney
State Bar No. 12264850
dlevy@morganlewis.com
C. Erik Hawes
State Bar No. 24042543
ehawes@morganlewis.com
Thomas R. Davis
State Bar No. 24055384
tdavis@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 890-5000
Facsimile: (713) 890-5001

Melissa Smith
melissa@gillamsmithlaw.com
GILLAM SMITH, LLP
303 S. Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**ATTORNEYS FOR DEFENDANT COUNTER-PLAINTIFF HEWLETT-PACKARD COMPANY**

By: */s/ Steven M. Hanle*
Eric H. Findlay
State Bar No. 00789886
FINDLAY CRAFT, LLP
6760 Old Jacksonville Hwy
Suite 101
Tyler, TX 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
efindlay@findlaycraft.com

        Steven M. Hanle
        shanle@sheppardmullin.com
        SHEPPARD, MULLIN, RICHTER &
          HAMPTON LLP
        650 Town Center Drive, 4th Floor
        Costa Mesa, CA 92626
        Telephone: (714) 513-5100
        Facsimile: (714) 513-5130

        **ATTORNEYS FOR DEFENDANT**
        **LENOVO (UNITED STATES) INC.**

By:   */s/ Eric Huang*
        Melvin R. Wilcox, III
        State Bar No. 21454800
        mrw@yw-lawfirm.com
        YARBOROUGH WILCOX
          GUNTER PLLC
        100 E. Ferguson, Suite 1015
        Tyler, Texas 75702
        Telephone: (903) 595-1133
        Facsimile: (903) 595-0191

        Kevin P.B. Johnson
        kevinjohnson@quinnemanuel.com
        Ray R. Zado
        rayzado@quinnemanuel.com
        QUINN EMANUEL URQUHART &
          SULLIVAN, LLP
        555 Twin Dolphin Drive, 5th Floor
        Redwood Shores, California 94065
        Phone: (650) 801-5000
        Facsimile: (650) 801-5100

        Eric Huang
        erichuang@quinnemanuel.com
        QUINN EMANUEL URQUHART &
          SULLIVAN, LLP
        51 Madison Avenue, 22nd Floor
        New York, New York 10010
        Phone: (212) 849-7000
        Facsimile: (212) 849-7100

        **ATTORNEYS FOR DEFENDANTS**
        **SONY CORPORATION OF**

**AMERICA, AND SONY ELECTRONICS, INC.**

By: */s/ Pavan K. Agarwal*
Guy N. Harrison
State Bar No. 00000077
guy@gnhlaw.com
217 N. Center
Longview, TX 75601
Telephone: (903) 758-7361
Facsimile: (903) 753-9557

John J. Feldhaus
VA Bar No. 20046
jfeldhaus@foley.com
Pavan K. Agarwal
DC Bar No. 459614
pagarwal@foley.com
FOLEY & LARDNER LLP
3000 K Street, N.W.
Washington, D.C. 20007
Telephone: (202) 672-5300
Facsimile: (202) 672-5399

Kevin J. Malaney
WI Bar No. 1066371
kmalaney@foley.com
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Telephone: (414) 319-7067
Facsimile: (414) 297-4900

**ATTORNEYS FOR DEFENDANTS TOSHIBA CORPORATION AND TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on July 22, 2013 in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by facsimile on this same date.



*/s/  Martin Goering*