IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MICROLINC, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, *et al.*,<br><br>        Defendants. | Civil Action No. 2:07-cv-488-MHS |

**ORDER GRANTING AGREED MOTION TO DISMISS**

Before the Court is an Agreed Motion to Dismiss pursuant to Fed. R. Civ. P. 41(a), submitted by Microlinc, LLC, Intel Corporation, Acer Inc., Acer America Corporation, Apple Inc., Dell Inc., Gateway, Inc., Hewlett-Packard Company, Lenovo (United States) Inc., Sony Corporation of America, Sony Electronics, Inc., Toshiba Corporation and Toshiba America Information Systems, Inc. (collectively "Customer Defendants"). Having reviewed the motion, the Court is of the opinion that the motion is well-taken and should be and is hereby GRANTED. It is therefore Ordered that:

1. Microlinc's claims against Intel and the Customer Defendants are hereby dismissed with prejudice;

2. Intel's counterclaims against Microlinc are hereby dismissed with prejudice;

3. Customer Defendants' non-infringement declaratory judgment counterclaims against Microlinc are hereby dismissed as moot;

4. Customer Defendants' invalidity and unenforceability declaratory judgment counterclaims against Microlinc are hereby dismissed without prejudice;

5. This action is hereby terminated with respect to Intel and the Customer Defendants; and

6. All costs, fees, and expenses are to be borne by the party that incurred them.

SO ORDERED.